In the Matter of the Application of WILLIAM CONWAY for an Order of Mandamus against WILLIAM F. CAREY, as Commissioner of Sanitation, Department of Sanitation, City of New York, and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

DOROTHY McALPIN BELL v. ALFRED D. BELL, Individually, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs, with leave to the defendant-appellant to answer within ten days after service of order, on payment of said costs and the costs awarded by the order of this court entered October 13, 1939. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ISAAC SIEGEL and Another v. OAKLEY L. ALEXANDER and Others, Impleaded with JOHN G. HOFFSTOT and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

SHEROVER AND COMPANY, INC., v. SANFORD GRIFFITH and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

J. WILNER SUNDELSON v. MAX WEINSTEIN and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs, with leave to the defendants to answer within ten days after service of order on payment of said costs and the costs awarded by the order of this court entered October 13, 1939. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

NATIONAL TILE & MARBLE CORP. v. HOAC CORPORATION.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

HOLDEN-LEONARD CO., INC., v. NEVA-WET CORPORATION OF AMERICA, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, on appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

## (November 10, 1939.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. REVEL REALTY & SECURITIES COMPANY, Relator, Respondent, v. JAMES J. SEXTON and Others, Constituting the Board of Taxes and Assessments of the City of New York, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

W. H. HUSSEY & SON, INC., Respondent, v. A. H. KARL & BROTHERS, INC., Appellant, Impleaded with Another, Defendant.— Judgment and order, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.